7 So.3d 1158 (2009)
Lee J. KRAMER, Appellant,
v.
PUBLIX SUPER MARKET, INC., Appellee.
No. 1D08-2138.
District Court of Appeal of Florida, First District.
May 11, 2009.
*1159 R. Frank Myers, and Fred E. Pearson, Jr., of Pearson & Myers, P.A., Tallahassee, for Appellant.
Harold R. Mardenborough, Jr., Ellen C. Pappas, and P. David Brannon of Carr Allison, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150, 1152 (Fla.1980).
BARFIELD, WEBSTER, and PADOVANO, JJ., concur.